```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0075--CR (JWS)
               "USA V SANG HYUCK KANG ET AL"
                  DEF 1.1 KANG, SANG HYUCK

    Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  08/16/05
              Closed:  NO
   No. of Defendants:  2
       MJ Case Number:
                  AKA:
     Location status:  Released on Bond
          Trial date:
          Terminated:  NO
    Needs interpreter: NO
    Counsel of record: Henry E. Graper
                       Gorton Logue & Graper PC
                       737 M Street
                       Anchorage, AK 99501
                       907-276-1942
                       FAX 907-279-0680
                       Serve: YES
                        Type: Retained
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Retta-Rae Randall
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 KANG, SANG HYUCK
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:1029(a)(2) AND 18:2 UNLAWFUL USE OF AN ACCESS DEVICE (CREDIT CARD) (F) | Pending |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0075--CR (JWS)
                                  "USA V SANG HYUCK KANG ET AL"
                                      DEF 2.1 KANG, SONG MI

                    Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  08/16/05
             Closed:  NO
  No. of Defendants:  2
     MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:
         Terminated:  NO
  Needs interpreter:  YES
   Counsel of record: Thomas Burke Wonnell
                      2600 Denali Street, Suite 460
                      Anchorage, AK 99501
                      907-276-8008
                      FAX 907-278-8571
                      Serve: YES
                       Type: Retained
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Retta-Rae Randall
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 2.1 KANG, SONG MI

  Document          Count      Citation and Description                          Disposition
  _____          _____      _____                          _____

     1 -   1 IND      1        18:1029(a)(2) AND 18:2 UNLAWFUL USE OF AN ACCESS  Pending
                                DEVICE (CREDIT CARD) (F)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0075--CR (JWS)
                                    "USA V SANG HYUCK KANG ET AL"

                                         For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 08/16/05
            Closed: NO
No. of Defendants: 2


 Document #   Filed      Docket text

      1 -  1  08/16/05   [Re: DEF 1-2] PLF 1 Indictment.

  NOTE -  1  08/17/05   [Re: DEF 1-2] Issued: Summons

      2 -  1  08/17/05   [Re: DEF 1-2] JDR Grand Jury Minutes re bail to be determined; summons
                         to be issued; set for arr & notify USM.

      3 -  1  08/17/05   [Re: DEF 1] JDR Minute Order re Arr set for 9/22/05 at 9:30 a.m. cc:
                         USA, USM, USPO, def w/USM cy, H. Graper

      4 -  1  08/17/05   [Re: DEF 2] JDR Minute Order re Arr set for 9/22/05 at 10:00 a.m. cc:
                         USA, USM, USPO, def w/cnsls cy, H. Graper

  NOTE -  2  08/19/05   Notation: Proposed Trial Date Setting for Arr to USDJ.

      5 -  1  08/24/05   USM Return of svc of summons re: DEF 1 executed on 8/23/05.

      6 -  1  08/24/05   USM Return of svc of summons re: DEF 2 executed on 8/23/05.

      7 -  1  09/23/05   [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] re Argn on Indt
                         (held 9/23/05); plea not guilty ct 1 of indt; bond set $5,000 unsecured;
                         pretrial motions due 10/12/05; trial set 12/1/05; deft to surrender
                         passport by 9/23/05 to Clerk of Court; defendant to be processed by
                         USMS.  cc: USA, H. Graper, USM, USPO, Judge Sedwick, Finance

      8 -  1  09/23/05   [Re: DEF 2] JDR Court Minutes [ECR: Elisa Singleton] re Argn on Indt
                         (held 9/22/05); bond set O/R; cont argn/status of counsel hrg set for
                         9/25/05 at 4:15 p.m.; trial date set 12/1/05; deft to surrender passport
                         by close of business 9/23/05; deft to be processed by USM.  cc: USA,
                         FPD, USM, USPO, Finance, Judge Sedwick

      9 -  1  09/23/05   [Re: DEF 1] Order setting conditions of release.  cc: USA, H. Graper,
                         USPO

     10 -  1  09/23/05   [Re: DEF 2] Order setting conditions of release.  cc: USA, def w/USPO
                         cy, USPO

     11 -  1  09/23/05   [Re: DEF 2] JDR Order of Personal Recognizance.  cc: USA, def w/USPO cy,
                         USPO

     12 -  1  09/23/05   [Re: DEF 1] Appearance bond.

     13 -  1  09/23/05   [Re: DEF 1] JDR Order regarding preparation for trial.  cc: USA, H.
                         Graper

     14 -  1  09/23/05   [Re: DEF 1-2] Clerk's Notice that as directed by Order Setting
                         Conditions of Release dtd 9/23/05 the original passport of DEF 1
                         #ST0034828 & DEF 2 #ST0034827 have been received by the clks office and
                         placed in the vault for safe keeping.  cc: USA, H. Graper, USM, PO,
                         Finance

ACRS: R_RDSDX                   As of 12/01/05 at 2:55 PM by GARRY                        Page 1
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A05-0075--CR (JWS)
                                "USA V SANG HYUCK KANG ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 09/23/05 | DEF 1 Attorney Appearance of H. Graper III. |
| 16 - 1 | 09/27/05 | [Re: DEF 2] JDR Minute Order re cont arr/status of counsel hrg RESET for 9/28/05 at 2:30 p.m.  cc: USA, USM, USPO |
| 17 - 1 | 09/27/05 | DEF 2 Attorney Appearance of T.Burke Wonnell. |
| 18 - 1 | 09/29/05 | [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] RE: Continue Arraignment/Status of Counsel (held 09/28/05); Defendant plead not guilty to count 1 of the Indictment; ptm's due 10/13/05; meet and confer 09/29/05; TBJ set 12/01/05; defendant's conditions of release remain as previously set. CC: USA, T. B. Wonnell, USM, USPO, Judge Sedwick. |
| 19 - 1 | 09/29/05 | [Re: DEF 2] JDR Order regarding preparation for trial; ptms due 10/13/05; meet and confer 09/29/05. CC: USA, T. Burke Wonnell. |
| 20 - 1 | 10/04/05 | [Re: DEF 1-2] JWS Minute Order setting TBJ on 12/1/05 @ 9:00 a.m. & FPTC set 12/1/05 @ 8:30 a.m.. cc: USA, H. Graper, B. Wonnell, USM, USPO, MJ Roberts, JC |
| 21 - 1 | 10/07/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 22 - 1 | 10/07/05 | [Re: DEF 2] PLF 1 Discovery Conference Certificate. |
| 23 - 1 | 10/12/05 | DEF 2 motion for relief from prejudicial joinder. |
| 24 - 1 | 10/18/05 | [Re: DEF 2] JWS Order appointing Korean trial interpreter: Gee Won Anderson. cc: USA, T. Wonnell, G. Anderson, Finance |
| 25 - 1 | 10/19/05 | PLF 1 opposition to DEF 2 motion for relief from prejudicial joinder (23-1)  w/att exh. |
| 26 - 1 | 11/08/05 | [Re: DEF 1-2] PLF 1 Notice of intent to use the crt's digital evidence presentation system. |
| 27 - 1 | 11/10/05 | Initial R&R re: DEF 2 motion for relief from prejudicial joinder (23-1); recommended be denied w/o prejudice; Objections due NOON 11/17/05. Reply due NOON 11/22/05. cc: USA, T. Wonnell, Judge Sedwick |
| 28 - 1 | 11/18/05 | [Re: DEF 1] PLF 1 motion in limine pursuant to Fed. R. Evid 404(b). |
| 29 - 1 | 11/23/05 | DEF 1 Notice of Intent to change plea. |
| 30 - 1 | 11/23/05 | DEF 2 Notice of Intent to change plea. |
| 31 - 1 | 11/29/05 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 32 - 1 | 11/29/05 | [Re: DEF 2] PLF 1 Plea Agreement. |
| 33 - 1 | 11/30/05 | [Re: DEF 1-2] JWS Minute Order setting DEF 1 PCOP on 12/1/05 @ 9:30 a.m. & DEF 2 PCOP on 12/1/05 @ 10:00 a.m.; 12/1/05 FPTC & TBJ vacated. cc: USA, H. Graper, B. Wonnell, USM, USPO, MJ Roberts, JC |