T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

Attorney for Defendant, Song Mi Kang

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-75-2-JWS |
| ) | |
| Plaintiff, ) | |
| ) | **SENTENCING MEMORANDUM** |
| VS. ) | |
| ) | |
| SONG MI KANG, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The parties reached a sentencing agreement pursuant to FRCrP 11(c)(1)(C) for a five year term of probation and restitution in the amount of $7,150.50. This sentence is entirely reasonable and ought to be accepted and imposed by the Court. The Presentence Investigation Report's financial analysis demonstrates that Defendant cannot pay a fine in addition to the restitution owed, so Defendant Song Kang requests that no fine be imposed other than the restitution order and mandatory special assessment of $100.00.

RESPECTFULLY SUBMITTED this 9th day of February, 2006.

            T. BURKE WONNELL
            Attorney for Defendant
            Song Mi Kang


By:_____/s/_____
  T. Burke Wonnell
  AK Bar No. 9610049


CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were electronically mailed to:

Retta-Rae Randall
222 W. 7th Ave. #9 Room 253
Anchorage, AK 99513-7567

Henry E. Graper, III
737 M St.
Anchorage, AK 99501

Patricia A. Wong
222 W. 7th Ave. #48 Room 168
Anchorage, AK 99513-7562

this 9th day of February, 2006.


_____/s/_____
T. Burke Wonnell