**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA    v.    SONG MI KANG  

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                          CASE NO.  3:05-cr-00075-02-JWS

 Pam Richter 

PROCEEDINGS: **CLERK'S NOTICE**                DATE: July 18, 2006

      In reviewing the above-referenced file, the Court finds it has possession of a passport belonging to defendant Song Mi Kang. Any party wishing to have said item returned to him needs to file a motion to return said item with a proposed Order for the Court's consideration.  If no motion is filed within 45 days, the Clerk shall destroy the passport.

[305cr75-02JWS-clk's-notice-passport-return.wpd]{CLERKNOT.WPD*Rev.12/97}