T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

Attorney for Defendant, Song Mi Kang

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-75-2-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION AND** |
| VS. | ) | **MEMORANDUM FOR RELEASE OF** |
| | ) | **DEFENDANTS' PASSPORTS** |
| SONG MI KANG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendants have received a clerk's notice dated July 18, 2006 that the Court is still in possession of Defendants' passports. Defendant Song Kang, by and through undersigned counsel, hereby moves the Court for an order releasing those passports to either defense counsel. The undersigned has spoken with Henry Graper, counsel for Song Kang's co-defendant Sang Kang. Mr. Graper joins in this motion.

RESPECTFULLY SUBMITTED this 1st day of August, 2006.

By: s/ T. Burke Wonnell_____
CJA Counsel for Defendant
Paula Marie Roberds
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail:
tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were electronically mailed to:

Retta-Rae Randall

Henry E. Graper, III

this 1st day of August, 2006.


___/s T. Burke Wonnell_____
T. Burke Wonnell