T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

Attorney for Defendant, Song Mi Kang

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-75-2-JWS |
| ) | |
| Plaintiff, ) | **ORDER PERTAINING TO** |
| ) | **JOINT MOTION AND** |
| VS. ) | **MEMORANDUM FOR RELEASE OF** |
| ) | **DEFENDANTS' PASSPORTS** |
| SONG MI KANG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

It is hereby ordered that Defendants' Joint Motion For Release Of Defendants' Passports is **GRANTED**. Either Burke Wonnell or Henry Graper may retrieve the Kangs' passports from the clerk's office within the next thirty days.

_____    _____
DATE                      HON. JOHN W. SEDWICK