UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   SONG MI KANG and SANG HYUCK KANG

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  3:05-cr-00075-1-2-JWS

Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: August 2, 2006

    The motion for release of Song Mi Kang's passport at docket 51 is **GRANTED**. The Clerk shall release the passport of Song Mi Kang to either Mr. Burke Wonnel or Mr. Henry Graper.

    **In addition,** although no separate motion for release of Sang Hyuck Kang's passport has been made, the court interprets the recitation that counsel for Sang Hyuck Kang joins in the motion at docket 51 to be a request for the release of the passport of Sang Hyuck Kang as well. That request is also **GRANTED**. The Clerk shall release the passport of Sang Hyuck Kang to either Mr. Burke Wonnel or Mr. Henry Graper.

[]{IA.WPD*Rev.12/96}