Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA



RECEIVED
JUL 1 7 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V

Case No. 3:05-CR-00075-02-JWS

Song Mi Kang

    On February 16, 2006, the above-named was placed on probation for a period of five years. The defendant has adjusted well to supervision and has complied with the rules and regulations of probation. Since the beginning of supervision, the offender has submitted monthly reports and has paid the $7,150.76 restitution ordered in this case. Furthermore, the Offender has obtained stable residency while on supervision and is currently a stay at home mother. It appears that Mrs. Kang has complied with all of her conditions of supervised release; therefore, it is recommended that Song Mi Kang be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE  7/13/07
Chris Liedike                              Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 13th day of July, 20 07

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge